

**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PETER SHARKEY, <br><br> Plaintiff, <br><br> v. <br><br> VERIZON NEW JERSEY INC., <br><br> Defendant. | Civil Action No. 14-2788(JLL) (JAD) <br><br> **ORDER** |

**LINARES,** District Judge.

This matter comes before the Court by way of Plaintiff's motion to remand the matter to state court pursuant to 28 U.S.C. § 1447(c). This Court referred Plaintiff's application to the Honorable Joseph A. Dickson, United States Magistrate Judge, pursuant to 28 U.S.C. § 636 (b)(1)(B). Magistrate Judge Dickson filed a Report and Recommendation in connection with said application on March 18, 2015. In particular, Magistrate Judge Dickson recommended that Plaintiff's motion to remand be granted and Plaintiff's request for attorney's fees be denied. On April 1, 2015, Defendant filed an Objection to Magistrate Judge Dickson's March 18, 2015 Report and Recommendation. The Court decides this matter without oral argument pursuant to Rule 78 of the Federal Rules of Civil Procedure. For the reasons set forth in the Court's corresponding Opinion,

**IT IS** on this **13th day of April, 2015**

**ORDERED** that the Report and Recommendation of Magistrate Judge Dickson, filed on March 18, 2015 [Docket Entry No. 31] is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Plaintiff's Motion to Remand [Docket Entry No. 21] is **GRANTED**.

The matter is hereby remanded to the Superior Court of New Jersey, Law Division, Essex

County; and it is further

**ORDERED** that this case **CLOSED**.

**IT IS SO ORDERED**.

JOSE L. LINARES
U.S. DISTRICT JUDGE